## IN THE MATTER OF JACOB VISGER, AN ABSENT GRAND JUROR

### 1805

#### Journal Entries

1. Order . . . . . . . . . . . *Journal, infra, *p. 3*

#### Papers in File

[None]

## IN THE MATTER OF ANTOINE BEAUBIEN, AN ABSENT GRAND JUROR

### 1805

#### Journal Entries

1. Order . . . . . . . . . . . *Journal, infra, *p. 3*

#### Papers in File

[None]